# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JACKIE GREENE,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>WAL-MART STORES, INC.,<br><br>　　　　　Defendant(s). | Case No. 2:15-cv-00677-JAD-NJK<br><br>ORDER<br><br>(Docket No. 13) |

Pending before the Court is Defendant's motion for dismissal sanctions. Docket No. 13. That motion is hereby **DENIED** without prejudice. Defendant is permitted to renew its motion, but any renewed motion must explain whether a finding of willfulness, fault, or bad faith is required for the relief sought. *See R&R Sails, Inc. v. Insurance Co. of Penn.*, 673 F.3d 1240, 1247 (9th Cir. 2012) ("because the sanction amounted to dismissal of a claim, the district court was required to consider whether the claimed noncompliance involved willfulness, fault, or bad faith"). If so, the renewed motion must explain why Defendant believes such a finding is proper in this case.

**IT IS SO ORDERED.**

DATED: October 15, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge