1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                         **DISTRICT OF NEVADA**
10
JACKIE GREENE,                        )
11                                     )        Case No. 2:15-cv-00677-JAD-NJK
                  Plaintiff(s),        )
12                                     )        ORDER
vs.                                    )
13                                     )        (Docket No. 15)
WAL-MART STORES, INC.,                 )
14                                     )
                  Defendant(s).        )
15 _____    )
16         Pending before the Court is Defendant's renewed motion for dismissal sanctions.  Docket No.
17  15.  The Court **SETS** that motion for a hearing at 3:00 p.m. on December 9, 2015, in Courtroom 3B.
18         **IT IS SO ORDERED.**
19         DATED: November 24, 2015
20         _____
21         NANCY J. KOPPE
           United States Magistrate Judge
22
23
24
25
26
27
28