# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JACKIE GREENE,

        Plaintiff(s),

vs.

WAL-MART STORES, INC.,

        Defendant(s).

Case No. 2:15-cv-00677-JAD-NJK

ORDER

(Docket No. 17)

On October 13, 2015, Plaintiff filed a brief with attached exhibits. *See* Docket No. 17. Both the Federal Rules of Civil Procedure and the special orders in this District require attorneys to ensure that they do not file on the public record documents containing certain personal identifiers, such as a person's social security number, home addresses and date of birth. *See, e.g.*, Fed. R. Civ. P. 5.2; Special Order Nos. 108, 109. Instead, attorneys have a responsibility to review the materials they file to ensure that such information is redacted in compliance with the procedures outlined in those directives.

It has come to the Court's attention that attorney Chad Dennie filed documents on the public docket containing various personal identifiers of Plaintiff in the exhibits attached to Docket No. 17. The Court hereby **INSTRUCTS** the Clerk's Office to **SEAL** Docket No. 17 and all exhibits attached thereto. The Court further **ORDERS** attorney Dennie to re-file those documents no later than December 4, 2015 with all appropriate redactions. The Court warns Mr. Dennie that failure to comply with these redaction requirements in the future may result in the imposition of sanctions.

IT IS SO ORDERED.

DATED: December 3, 2015

                                                  NANCY J. KOPPE
                                                  United States Magistrate Judge