# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JACKIE GREENE,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>WAL-MART STORES, INC.,<br><br>　　　　　　Defendant(s). | Case No. 2:15-cv-00677-JAD-NJK<br><br>NOTICE |

Pending before the Court is Defendant's renewed motion for dismissal sanctions. Docket No. 15. The Court has a hearing scheduled on that motion for December 9, 2015. The Court will entertain argument regarding the motion as a whole. Nonetheless, the Court provides this notice to counsel that they should ensure they are prepared to address in detail whether less drastic sanctions are available, including exclusion of future medical damages and an award of attorneys' fees against Plaintiff and/or Plaintiff's counsel.

**IT IS SO ORDERED.**

DATED: December 7, 2015

_____
NANCY J. KOPPE
United States Magistrate Judge