# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JACKIE GREENE,<br>　　　　Plaintiff(s),<br>vs.<br>WAL-MART STORES, INC.,<br>　　　　Defendant(s). | Case No. 2:15-cv-00677-JAD-NJK<br><br>ORDER |

Pending before the Court is Defendant's renewed motion for dismissal sanctions. Docket No. 15. The Court held a hearing on that motion on December 9, 2015. In light of the pendency of that motion, the Court hereby **VACATES** the deadline to file dispositive motions, currently set for December 29, 2015. In the event the undersigned does not recommend dismissal sanctions and the resulting order does not include a new deadline for dispositive motions, the parties shall submit a stipulation requesting such a deadline within 7 days of the issuance of that order.

**IT IS SO ORDERED.**

DATED: December 10, 2015

　　　　　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge