**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Jackie Greene, | 2:15-cv-00677-JAD-NJK |
| Plaintiff | **Order Adopting Report and Recommendation, Granting Motion for Sanctions, and Dismissing Case** |
| v. | |
| Wal-Mart Stores, Inc., | [ECF 15, 29] |
| Defendant | |

Since the inception of this slip-and-fall case, plaintiff Jackie Greene has consistently refused to comply with her discovery obligations.[1]  After numerous failed attempts to meet and confer with plaintiff's counsel regarding Greene's discovery obligations, defendant Wal-Mart Stores, Inc. moved for discovery sanctions under FRCP 37.[2]  Following a hearing, Magistrate Judge Koppe entered a report recommending that I grant Wal-Mart's motion for discovery sanctions and dismiss this action in its entirety under FRCP 37(d).[3]  Objections to Judge Koppe's report and recommendation were due by February 12, 2016.  Greene has not filed an objection or requested an extension to do so.

"[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

Accordingly, and with good cause appearing, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Magistrate Judge Koppe's Report and Recommendation **[ECF 29]** is **ADOPTED;**

IT IS FURTHER ORDERED that defendant's Motion for Discovery Sanctions **[ECF 15]** is **GRANTED; this action is DISMISSED.**  The Clerk of Court is directed to enter judgment in favor

---

[1] *See generally* ECF 29 (chronicling Greene's laundry list of discovery violations).

[2] ECF 15.

[3] ECF 29 at 16.

of the defendant and **CLOSE THIS CASE.**

Dated this 2nd day of March, 2016

Jennifer A. Dorsey
United States District Judge